tion by Frank W. Meddaugh against Michael Gorman. No opinion. Order affirmed, with $10 costs and disbursements.

MEYER v. DAMM et al. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Henry J. Meyer against Rudolph Damm and others. No opinion. Motion granted, with $10 costs. See 44 N. Y. Supp. 1124.

MEYER et al., Appellants, v. PAGEN-STOCHER, Respondent. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Charles H. Meyer and others against Albrecht Pagenstocher. G. W. Wickersham, for appellant. C. E. Rushmore, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 51 N. Y. Supp. 1054.

MILLER, Respondent, v. HOUGHTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Charles E. Miller against William A. Houghton. No opinion. Judgment and order affirmed, with costs.

MORRISON v. NIXON'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Ella Morrison against the estate of Elizabeth Nixon, deceased. No opinion. Decree of surrogate affirmed, with costs to respondent, payable out of fund.

In re MULLER. (Supreme Court, Appellate Division, First Department. May 20, 1898.) In the matter of Anna Muller. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 1143, 48 N. Y. Supp. 1110, 50 N. Y. Supp. 786, and 52 N. Y. Supp. 565.

MUNDT v. GLOKNER. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Sigmund Mundt against Gertrude Glokner. No opinion. Motion denied, with $10 costs. See 44 N. Y. Supp. 430, 48 N. Y. Supp. 940, and 50 N. Y. Supp. 190.

MUTUAL LIFE INS. CO. OF NEW YORK, Respondent, v. LAKE ST. BLDG. ASS'N et al., Appellants. (Supreme Court, Appellate Division, Third Department. January, 1898.) Action by the Mutual Life Insurance Company of New York against the Lake Street Building Association and others, impleaded with others. No opinion. Judgment affirmed, with costs. See 49 N. Y. Supp. 1140.

MUTUAL LIFE INS. CO. OF NEW YORK, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Third Department. January, 1898.) Action by the Mutual Life Insurance Company of New York against Emma A. Robinson, impleaded with others. No opinion. Judgment affirmed, with costs.

MUTUAL LIFE INS. CO. OF NEW YORK, Appellant, v. ROBINSON et al., Respondents.

(Supreme Court, Third Department. January, 1898.) Action by the Mutual Life Insurance Company of New York against David C. R inson and others. No opinion. Order affirmed, with $10 costs and disbursements. See N. Y. Supp. 887, 50 N. Y. Supp. 1131, and N. Y. Supp. 795.

MUTUAL LIFE INS. CO. OF NEW YORK Respondent, v. ROBINSON et al., Appellant (Supreme Court, Appellate Division, Third I partment. January, 1898.) Action by the M tual Life Insurance Company of New Y against David C. Robinson and others, i pleaded with others. No opinion. Judgme affirmed, with costs. See 49 N. Y. Supp. 8 50 N. Y. Supp. 1131, and 52 N. Y. Supp. 795

MUTUAL LIFE INS. CO. OF NEW YOR Respondent, v. ROBINSON et al., Appellan (Supreme Court, Appellate Division, Third I partment. January, 1898.) Action by t Mutual Life Insurance Company of New Yo against David C. Robinson and Emma A. R inson, impleaded with others. No opini Judgment affirmed, with costs. See 49 N. Supp. 887, 50 N. Y. Supp. 1131, and 52 N. Supp. 795.

NEHRBAS, Respondent, v. NEHRBAS, A pellant (two cases). (Supreme Court, App late Division, First Department. May 1 1898.) Action by Emilie A. Nehrbas again Jacob Nehrbas. M. Hallheimer, for appellar A. I. Sire, for respondent. No opinion. O der affirmed, with $10 costs and disbursement

NELLIGAR, Respondent, v. NELLIGA Appellant. (Supreme Court, Appellate Div sion, Third Department. May 4, 1898.) A tion by Maurice Nelligar against James Nell gar. No opinion. Judgment affirmed, wit costs.

NEW YORK BANK-NOTE CO. v. M KEIGE. (Supreme Court, Appellate Divisio First Department. May 13, 1898.) Action b the New York Bank-Note Company agains Ferdinand McKeige. No opinion. Motion d nied, with $10 costs. See 45 N. Y. Supp. 197 and 52 N. Y. Supp. 597.

NICKERSON et al. v. CANTON MARBLI CO., ETC. (Supreme Court, Appellate Divi sion, Third Department. May 10, 1898.) A tion by Sherman H. Nickerson and other against the Canton Marble Company, etc. N opinion. Motion to reprint denied. Either par ty may use upon the argument the original ex hibits, Nos. 6, 7, 8, 9, and 10, or typewritte copies thereof, as he desires, as part of th case.

OAKES, Respondent, v. OAKES, Appellant. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Lewella C. Oakes against Francis J. Oakes. W. J. Foster, for appellant. B. F. Spellman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.